IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| MARK VAUGHN, | ) **JUDGMENT IN A CIVIL CASE** |
|---|---|
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 04-4246-CV-C-REL-SSA |
| | ) |
| JO ANNE BARNHART, | ) |
| | ) |
| Defendant. | ) |

\_\_  **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    That plaintiff's motion for summary judgment is denied.

    That the decision of the Commissioner is affirmed.


                                        P. L. Brune, Clerk

                                        /s/ Sue Anderson-Porter

Date: September 9, 2005            By : Sue Anderson-Porter
                                                   Deputy Clerk